OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

COURT OF CRIMINAL APPEALS OF TEXAS, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
P.O. BOX 12308, CAPITOL STATION
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.26⁵
MAY. 07. 2015

5/4/2015

Boston, David

Tr. Ct. No. 07-CR-3738-F(2)          WR-73,668-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DAVID BOSTON
DOMINGUEZ UNIT - TDC # 1484614
6535 CAGNON RD.
SAN ANTONIO, TX 78252